LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DAVID S. DRESNICK,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. SACV 21-00362 MAR<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of SEVEN THOUSAND DOLLARS AND 00/100 ($7,000.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: 6/13/22       _____
                              HON. MARGO A. ROCCONI,
                              UNITED STATES MAGISTRATE JUDGE